**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIS BAILEY, SR.,

    Plaintiff,

v.                                                                                        CASE NO. 3:09-cv-01275-J-32JBT

THE SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on the Court's January 20, 2010 Order (Doc. 6) and the February 24, 2010 Order to Show Cause (Doc. 10).

On December 28, 2009, Plaintiff filed a Complaint against Defendant, the Social Security Administration. (*See* Doc. 1.) In January of 2010, Plaintiff filed two Supplements to the Complaint. (*See* Docs. 4 & 5.) On January 20, 2010, the Court entered an Order directing Plaintiff to either submit the $350.00 filing fee or complete and file the enclosed Affidavit of Indigency within thirty days thereof. (*See* Doc. 6.) The Order provided that failure to comply with the directive "will result in the recommendation this action be dismissed without further notice." (*Id.*) On February 3, 2010, February 17, 2010, and February 18, 2010, Plaintiff filed three Supplements with the Court, without paying the filing fee or filing the Affidavit of Indigency. (*See* Docs. 7, 8, & 9.)

As a result of Plaintiff's non-compliance with the January 20, 2010 Order, the Court entered an Order to Show Cause on February 24, 2010, giving Plaintiff "until the close of business on March 10, 2010 to show cause why this case should not be dismissed for failure to follow an order of the Court and for failure to timely prosecute this case." (Doc. 10.) On

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual allegations on appeal.

1

March 15, 2010, March 19, 2010, March 23, 2010, and April 26, 2010, Plaintiff filed Supplements, without paying the filing fee or filing the Affidavit of Indigency. (Docs. 11, 12, 13, & 14.) To date, Plaintiff has failed to comply with the Court's January 20, 2010 Order and the February 24, 2010 Order to Show Cause. Therefore, the Court will recommend that this action be dismissed without prejudice.

Accordingly, it is respectfully **RECOMMENDED** that this action be **DISMISSED** without prejudice pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, on July 20, 2010.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to: The Honorable Timothy J. Corrigan
United States District Judge

*Pro Se* Party