**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIS BAILEY, SR.,

        Plaintiff,

vs.                                                    Case No. 3:09-cv-1275-J-32JBT

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff neither paid the filing fee nor moved for leave to proceed *in forma pauperis*. Upon review of the file, the assigned United States Magistrate Judge directed plaintiff to either pay the filing fee or move for leave to proceed *in forma pauperis* and warned plaintiff that failure to comply could result in the Magistrate Judge recommending that his complaint be dismissed for failure to prosecute (Doc. 6). Plaintiff filed supplements but failed to either pay the filing fee or move to proceed *in forma pauperis* and on February 24, 2010, the Magistrate Judge issued an Order to Show Cause (Doc. 10) directing plaintiff to show cause as to why his complaint should not be dismissed for failure to prosecute. Plaintiff filed additional supplements but still failed to either pay or move to proceed *in forma pauperis* and on July 20, 2010, the Magistrate Judge issued a Report and Recommendation recommending that plaintiff's complaint be dismissed for failure to prosecute (Doc.16). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 16), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 16) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2. This case is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a). The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 16th day of September, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

pro se plaintiff